**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 18-3146-01-CR-S-RK |
| | ) | | |
| DALE WAYNE MARTIN, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two contained in the Superseding Information and admitted to the Forfeiture Allegation filed on June 24, 2021 is now Accepted and the Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.


_____/s/ Roseann Ketchmark_____
**ROSEANN KETCHMARK
UNITED STATES DISTRICT JUDGE**


Date:  July 9, 2021